THIS IS A COMMON LAW PUBLIC DOCUMENT

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

Isaac Davis
~~CITY OF MOBILE, et al~~

Petitioner/Affiant
~~(Respondent(s)/Defendant(s))~~

VS.                )
                   )
                   )

CITY OF MOBILE, et al
~~Isaac Davis)~~

Defendant(s)/Respondent(s)
~~(Petitioner/Affiant)~~

Civil Action No. 14-260-CG-N

## AFFIDAVIT: COMPLAINT

**COMES NOW**, the Petitioner/Affiant/ Isaac Davis, in Propria Person and Beneficiary of the charitable trust (i.e. The Federal Constitution) delegated by the People to duly entrusted public servants. As grounds for this Affidavit/Complaint the Affiant will state as follows:

The Affiant is not a lawyer and his pleadings cannot be treated as such. In fact, according to *Haines v. Kerner*, 404 U.S. 519 (1972), a complaint, "however inartfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Id.*, at 520-521, quoting *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957).

"Indeed, no more than affidavits is necessary to make a prima facie case." (See *United States v. Kis*, 658 F. 2nd, 526, 536 (7th Cir. 1981): Cert Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982.)

## INTRODUCTION

*The Affiant is a peaceful being, one with everything of positive energy under the Sun. He believes any municipality's policy is unconstitutional ab initio when defaulting on properly training its agents and or employees, for it poses a potential threat to the general publics' safety and liberty.* ***Thus, ignorance of the law is not an excuse! Officials have no immunity when violating constitutionally secured rights, they are deemed to know the Law!*** *Mr. Justice Brandeis once said,* ***"Decency, security and liberty alike demand that government officials shall be subjected to the same [384 U.S. 436, 480] rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperilled if it fails to observe the law scrupulously. Our Government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that in the administration of the criminal law the end justifies the means . . . would bring terrible retribution. Against that pernicious doctrine this Court should resolutely set its face."*** *Olmstead v. United States, 277 U.S. 438, 485 (1928)*

## JURISDICTION AND VENUE

1. Pursuant to 42 U.S.C. § 1983, 1985, 1986 litigation in federal court: Title 28 U.S.C. § 1331, 1343 and 1367, the jurisdictional counterparts of 42 U.S.C. § 1983, 1985 and 1986; this court has original jurisdiction.

2. Venue is appropriate in this judicial district pursuant to 28 U.S.C § 1391 because the event(s) that gave rise to this complaint occurred in this district.

## PRELIMINARY STATEMENT

3. The Petitioner/Affiant brings this suit under The Civil Rights Act Title 42 Sec 1983, 1985 and 1986 for violation(s) thereof; resulting in multiple injuries on his person, loss of pecuniary compensations (twelve days total), $2,500.00 in compensatory damages for typing **this** complaint, all exhibits thereof, all fees for filing and or appealing this complaint from federal court if not waived and ALL necessary damages for relief to compensate his injuries, loss of enjoyment of life and liberty against Respondent(s); and such injunctive, declaratory, or other relief as may be appropriate, and attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988. The violating actions addressed in this complaint stem from

an attempt to collect fines from a vacated judgment although the Affiant was informed by the initial judge that the hearing to be held on January 10th, 2014 which warranted this cause was a "contempt" hearing whereby Respondent(s)/Defendant(s) violated the Affiant's rights as follows:

a) Arrested and seized Affiant without probable cause to believe that Affiant had committed, was committing or was about to commit a crime;

b) searched Affiant and his property without a warrant and without reasonable cause;

c) Failed to adhere to necessary elements of Due Process; used excessive force upon Affiant;

d) And failed to intervene to protect Affiant from violation of Affiant's rights by one or more other Respondent(s).

## PARTIES

4. The Affiant resides at 857 Wilkinson Street Mobile, Alabama.

5. The Affiant respectfully demands a **Trial by Jury** pursuant to the 7th Amendment of the Federal Constitution.

6. Respondent(s), CITY OF MOBILE, et al, residing in the County of Mobile, State of Alabama is subject to **this** court's jurisdiction.

## FACTS

7. Precisely on January 9th, 2014 at 4:39 pm I filed an affidavit and two exhibits in the Mobile Municipal Court which informed JUDGE: BRAXTON L. KITTRELL, JR the court is moved to hold said hearing and impose any new charge(s) for lack of jurisdiction pursuant to a judgment by default and of my Special Appearance made under **ABSOLUTE DURESS (Emphasis Added).**

8. The said hearing proceeded **without** a prosecutor.

9. My case was the only case held at 10 am or shortly afterwards in a secluded court room. Pursuant to the commencement of what I was informed to be a "contempt hearing" from a hearing held December 4th, 2013 by JUDGE: MATTHEW S. GREEN. JUDGE: BRAXTON L. KITTRELL, JR approaches the bench January 10th, 2014 about 10am or shortly afterwards.

10. My case was called and I proceeded toward the bench, but stopped before crossing the two double doors. I chose to peacefully protest, present myself and adduce exculpatory evidence (said exhibits) to the court from this particular area. After the Respondent(s) called my case there was no mention of the said "contempt hearing", only fines of a vacated judgment. This left me in absolute ignorance thereafter. The Respondent(s) informed me that he couldn't hear me and requested that I step further so that he could. I declined, apologized and said "I will speak louder so you can hear me, Sir". Respondent(s) replied "Ok."

11. I asked him has he received my exhibits and **"AFFIDAVIT: IN THE NATURE OF NOTICE OF SPECIAL APPEARANCE"** he replied, "Yes."

12. The Respondent(s) then again requested for me to step further and again I respectfully declined. Grounds for declining the requests were (1) the court was without jurisdiction pursuant to a (2) Notice of Special Appearance and Judgment by Default and; (3) so that it would not construed in any form that by my compliance, I consented to the court's jurisdiction.

13. JUDGE: BRAXTON L. KITTRELL, JR then ordered officers to arrest me on two (2) counts of "contempt of court" and ordered me to serve 5 days (per count) in the MOBILE COUNTY METRO JAIL and a $100.00 fine (per count).

14. I was then arrested without a warrant and without necessary due process safeguards, assaulted and battered (by 3 unidentified black male agents), unlawfully handcuffed in full restraint (hands and feet) and **IMMEDIATLY** coerced into a holding cell for an unknown amount of time.

15. I was booked into MOBILE COUNTY METRO JAIL on 1/10/2014 at 11:02:56 AM whereby I was again assaulted and battered, coerced in a room and also coerced to strip absolutely naked, squat, cough and shower and coerced to give up my private property without **any** lawful and or legal grounds for justification, only color. I was released from MOBILE COUNTY METRO JAIL on 1/13/14 at 13:15:57 PM without payment of said fines and Respondent(s) defaulting pursuant to Ala. Rules. Crim. Pro. Rule 4.4.

## COUNT .I
## (VIOLATING TITLE 42 SEC 1983, 1985 &1986)

16. Whereas, no element(s) of probable cause, contempt and or constitutional authority for said arrest and imprisonment, assaults and batteries and said violations through diligent search was ascertained; Respondent(s) violating actions include, but not limited to failing to comply with 42 Sec 1983, 1985, 1986 and adhering to the 4th and 5th Amendments of the Federal Constitution.

17. The Respondents/Defendants default pursuant to Ala. Rules. Crim. Pro. Rule 4.4 upon the Affiant's release. Whereas, the Affiant was ordered released by JUDGE: BRAXTON L. KITTRELL, JR seven days earlier before his initial release date, without payment of said fines, the Respondent's/Defendant's said default is sufficient evidence to support this count alone.

18. As a direct and proximate result of Respondent's/Defendant's violating actions of 42 Sec 1983, 1985, 1986 and the 4th and 5th Amendments of the Federal Constitution, the Affiant has sustained numerous injuries and damages.

19. Affiant also claims violation of rights that may be protected by the laws of Alabama, such as;

    a) false arrest and or unlawful arrest, harassment, assaults and batteries to his person, booking process, false imprisonment, conspiracy;

    b) And or any other claim that may be supported by the allegations of this complaint.

## PRAYER FOR RELIEF

**WHEREFORE,** the Affiant respectfully demands judgment against the Respondent(s) **IN THE INTEREST OF JUSTICE:** (1) compensatory damages for said 4th & 5th Amendment and Title 42 violations resulting in false imprisonment and false arrest pursuant to *Trezevant v. City of Tampa, 741 F.2d 336(11th cir.1984)* also (2) $40,000.00 in compensatory damages for injuries sustained to his person against Respondent(s) and (3) $2,500.00 in compensatory damages for framing **this** complaint, any exhibits thereof, all fees for filing and or appealing this complaint in and from a federal court if not waived and the following of **ALL** necessary damages for relief to compensate his injuries, loss of pecuniary compensation, loss of enjoyment of life and liberty against the Respondent(s); and such injunctive, declaratory, or other relief as may be appropriate, and attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988 and declaratory judgment for both parties.

I, Isaac Davis, being first duly sworn, under oath, says: that he is the Affiant in **this** Affidavit/Complaint and he knows the content of its body; that he is One of the age of majority and competent to state the facts and make the claim(s) herein. This Affidavit/Complaint will serve as evidence and testimony for the record and on the record to be read into the record.

Affiant reserves his right to amend this complaint.

Respectfully Submitted,

By: _Isaac Davis_  6/9/14
(Petitioner/Affiant and date)
Contact #: 2515543394
857 Wilkinson Street, Mobile, Alabama 36603